# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN D. HORTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SIERRA CONSERVATION CENTER,<br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS AND REHABILITATION,<br><br>　　　　　Defendant.<br>_____/ | CASE NO. 1:09-cv-01441-SMS<br><br>ORDER DIRECTING PLAINTIFF TO<br>PROVIDE CURRENT ADDRESS AND<br>TELEPHONE NUMBER TO COURT AND<br>DEFENDANT<br><br>(Doc. 36) |

　　　　On September 15, 2011, Defendant requested that this Court order Plaintiff to disclose his current address and telephone number in compliance with F.R.Civ.P. 4(a)(1)(C). Plaintiff has not responded to Defendant's request.

　　　　Federal Rule of Civil Procedure 4(a)(1)(C) requires an unrepresented Plaintiff disclose his or her address on the summons. Local Rule 183(b) requires a party appearing *in propria persona* to keep the Court and opposing parties advised as to his or her current address. On April 11, 2011, Plaintiff advised Defendant that he would be unable to receive mail for sixty days. Thereafter, despite three separate attempts to contact Plaintiff using e-mail and correspondence sent to his address of record, Defendant has received no further communication from Plaintiff.

　　　　Defendant also requests disclosure of Plaintiff's telephone number to permit it to meet and confer with Plaintiff regarding ongoing discovery. Despite this Court's simultaneous order

///

1 | modifying the scheduling order in this matter, the imminence of the discovery and motion
2 | deadlines in this matter require expedient communication between the parties.
3 |     Accordingly, Plaintiff is hereby ordered to disclose his current post office address, e-mail
4 | address, and telephone number to the Court and Defendant on or before October 11, 2011.
5 |
6 | IT IS SO ORDERED.
7 | **Dated:**  **September 26, 2011**            /s/ Sandra M. Snyder
                                                  UNITED STATES MAGISTRATE JUDGE