# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN D. HORTON,<br><br>  Plaintiff,<br><br>  v.<br><br>SIERRA CONSERVATION CENTER, CALIFORNIA DEPARTMENT OF CORRECTIONS,<br><br>  Defendant.<br>_____/ | CASE NO. 1:09-cv-01441-SMS<br><br>**ORDER RE PERSONAL APPEARANCE AT THE SETTLEMENT CONFERENCE** |

On February 1, 2012, Plaintiff lodged a settlement conference statement with the Court, submitting it to skoorders@caed.uscourts.gov.[1] Contained in the statement is a request that Plaintiff be permitted to appear telephonically at the settlement conference. On February 2, 2012, Defendant filed an opposition to this request. (Doc. 60.)

Plaintiff is informed that his personal appearance is required at the settlement conference set for February 16, 2012, at 10:30 a.m. in Courtroom 7. Both the June 10, 2010, scheduling conference order (Doc. 28, 9:17-21) and the January 26, 2012, order regarding settlement conference (Doc. 59, p. 2-3) state that the attorneys who will try the case and the parties with full and complete settlement authority are all required to personally appear for the settlement conference. As such, Plaintiff's request to appear telephonically is DENIED.

IT IS SO ORDERED.

**Dated:   February 3, 2012**           /s/ Sheila K. Oberto
                                UNITED STATES MAGISTRATE JUDGE

---

[1] Settlement conference statements are confidential and are not filed on the docket.