IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN D. HORTON, PRO SE,<br><br>        Plaintiff,<br><br>vs.<br><br>SIERRA CONSERVATION CENTER,<br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS,<br><br>        Defendant(s). | 1:09-cv-01441-SMS<br><br>**ORDER RE: DEFENDANT'S EX PARTE APPLICATION** (Doc. 61)<br><br>**ORDER VACATING DEADLINE DATES PENDING DISPOSITIVE MOTIONS** (Doc. 40)<br>********************************<br>**VACATED**: Settlement Conference: 2/16/12, 10:30am, Ctrm. 8/**SKO**<br><br>**VACATED**: Pre-Trial Conference: 3/20/12, 11:00am, Ctrm. 1/**SMS**<br><br>**VACATED**: Trial: 5/14/12, 9:00am, Ctrm. 1/**SMS** (CT ~ 5 days) |

    In light of the pending dispositive motions for summary judgment (Docs. 43 & 51) and motion to strike (Doc. 53), GOOD CAUSE APPEARING, the following is hereby **ORDERED**:

    1.   The Settlement Conference currently set on February 16, 2012 at 10:30 a.m. in Courtroom No. 7 before Judge Oberto (SKO) is **VACATED**.

    2.   The Pre-Trial Conference currently set on March 20, 2012 at 11:00 a.m. in Courtroom No. 1 before Judge Snyder (SMS) is **VACATED**.

//

1

3. The estimated 5-day Court Trial currently set on May 14, 2012 at 9:00 a.m. in Courtroom No. 1 before Judge Snyder (SMS) is **VACATED**.

4. The re-setting of these deadline dates can be re-addressed after rulings on all the dispositive motions currently set for hearing on February 22, 2012 at 10:00 a.m. in Courtroom No. 1 before Judge Snyder (SMS), for which plaintiff may appear telephonically by calling chambers directly at (559) 499-5690.

IT IS SO ORDERED.

Dated:   February 9, 2012                       /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE

2